| AO 10 Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Gajarsa, Arthur J | 2. Court or Organization<br><br>U.S. Court of Appeals for the FEDERAL CIRCUIT | 3. Date of Report<br><br>05/01/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Appeals Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☒ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>717 Madison Place, N.W.<br>Washington, D.C. 20439 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board of Trustees | Rensselaer Institute |
| 2. Board of Directors | Georgetown University |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1997 | Joseph, McDermott & Reiner, P.C. - To receive all receivables and out of pocket expenses attributable to Gajarsa clients. Payment made on a monthly basis as DEFERRED COMPENSATION. |
| 2. | |
| 3. | |

RECEIVED 2006 MAY 15 P 12: 39 FINANCIAL DISCLOSURE OF...

| Name of Person Reporting | Date of Report |
|---|---|
| Gajarsa, Arthur J | 05/01/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS *— transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. United Kingdom patent Trademark Office | March 15-17, 2005, London, England, Speaker, (airfare, lodging, out of pocket costs) |
| 2. Missouri Intellectual Property law Association | March 23-24, 2005, St. Louis, MO, Speaker, (out of pocket costs) |
| 3. American Bar Association | April 10-13, 2005, Cambridge, MA, Conference, (out of pocket costs) |
| 4. US Court of Appeals for the Federal Circuit | April 19-21, 2005, Hot Springs, VA, Conference, (out of pocket costs) |
| 5. National Italian American Foundation | May 8-14, 2005, Rome, Italy, Conference (airfare, lodging, out of pocket costs) |
| 6. Harvard University | October 18-19, 2005, Boston, MA, Speaker, (lodging, out of pocket costs) |

| Name of Person Reporting | Date of Report |
|---|---|
| Gajarsa, Arthur J | 05/01/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[ ]  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. LEGG MASON | MARGIN LOAN | N |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gajarsa, Arthur J | 05/01/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. UNIVERSAL HEALTH REALTY INCOME TRUST | E | Dividend | N | T | | | | | |
| 2. COIN COLLECTION | | None | L | W | | | | | |
| 3. BANK OF AMERICA | A | Interest | K | T | | | | | |
| 4. ROCKYWOLD DEEPHAVEN CAMPS | A | Dividend | K | T | | | | | |
| 5. SPECIAL SITUATIONS PRIVATE EQUITY FUND, LP | E | Dividend | O | U | | | | | |
| 6. SCIENTIFIC ATLANTA INC | A | Dividend | N | T | PARTIAL SALE | 12/16 | L | F | |
| 7. ORTEK THERAPEUTICS INC | | None | K | T | | | | | |
| 8. ICOS CORP | | None | M | T | | | | | |
| 9. WALT DISNEY COMPANY | A | Dividend | K | T | PARTIAL SALE | VAR | K | | |
| 10. CENDANT CORP | C | Dividend | M | T | | | | | |
| 11. CORNING INC | | None | L | T | PARTIAL SALE | 07/07 | J | | |
| 12. MICROSOFT CORP | A | Dividend | L | T | | | | | |
| 13. MOTOROLA INC | D | Dividend | O | T | | | | | |
| 14. NUVEEN SECTOR PORTFOLIO BIOTECHNOLOGY - UIT | | None | J | T | SELL | VAR | J | | |
| 15. SELIGMAN NEW TECHNOLOGIES | | None | | | SELL | 04/08 | K | | |
| 16. LEGG MASON CASH RESERVES - MMKT | C | Dividend | L | T | | | | | |
| 17. VALEANT PHARMACEUTICALS INC | A | Dividend | K | T | PARTIAL SALE | 12/28 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gajarsa, Arthur J | 05/01/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. LSI LOGIC CORP | | None | | | SELL | VAR | M | | |
| 19. RITE AID CORP | | None | M | T | | | | | |
| 20. JANUS INVT GLOBAL LIFE SCIENCES | | None | J | T | SELL | 07/08 | J | | |
| 21. FIRST TRUST #415 - S GENOMETRICS & PROTEOMICS PORT | | None | J | T | | | | | |
| 22. BANK OF AMERICA CORP | | None | J | T | | | | | |
| 23. WACHOVIA CORP 2ND NEW | D | Dividend | M | T | | | | | |
| 24. SPECIAL SITUATIONS TECH FUND, LP | D | Dividend | N | T | | | | | |
| 25. MASS MUTUAL PARTICIPATION INVS | D | Dividend | M | T | | | | | |
| 26. AIM SELECT REAL ESTATE INCOME FUND | D | Dividend | K | T | | | | | |
| 27. NORTEL NETWORKS CORP | | None | | | SELL | 07/14 | J | B | |
| 28. NUVEEN INVESTMENT QUALITY MUNICIPAL FUND INC | B | Dividend | K | T | | | | | |
| 29. NUVEEN SELECT QUALITY MUNICIPAL FUND INC | A | Dividend | K | T | | | | | |
| 30. NUVEEN INSURED MUNICIPAL OPPORTUNITY FUND INC | B | Dividend | L | T | | | | | |
| 31. RUMSON-FAIR HAVEN BK & TRUST CO | | None | M | T | | | | | |
| 32. MARYLAND ST HEALTH & HIGHER EDUCATION | C | Interest | L | T | | | | | |
| 33. EVERGREEN INCOME ADVANTAGE FUND | D | Dividend | L | T | | | | | |
| 34. JOHN HANCOCK PREFERRED INCOME FUND | C | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gajarsa, Arthur J | 05/01/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. HEALTH CARE REIT INC | C | Dividend | K | T | | | | | |
| 36. LEGG MASON GOVERNMENT MMKT | A | Dividend | N | T | | | | | |
| 37. CONSOLIDATED EDISON | C | Dividend | L | T | | | | | |
| 38. MASSMUTUAL CORPORATE INVESTORS | D | Dividend | M | T | | | | | |
| 39. NSTAR | C | Dividend | M | T | | | | | |
| 40. PEPCO HOLDINGS | A | Dividend | | | SELL | 09/14 | J | D | |
| 41. SBC COMMUNICATION INC | A | Dividend | | | SELL | 09/14 | J | B | |
| 42. VODAFONE GROUP | A | Dividend | | | SELL | 09/14 | K | D | |
| 43. FEDERAL REALTY INVESTMENT TRUST | B | Dividend | K | T | | | | | |
| 44. UNITED DOMINION REALTY TRUST | A | Dividend | K | T | | | | | |
| 45. FREESCALE SEMICONDUCTOR INC | | None | L | T | PARTIAL SALE | VAR | K | | |
| 46. NATIONAL INSTRUMENTS CORP | A | Dividend | L | T | | | | | |
| 47. FRIEDMAN BILLINGS RAMSEY GROUP | B | Dividend | J | T | | | | | |
| 48. SWISS HELVETIA FUND INC | B | Dividend | | | SELL | 02/08 | J | | |
| 49. MARINER TOWER LP | | None | L | T | | | | | |
| 50. TGC INDUSTRIES INC | C | Dividend | N | T | PARTIAL SALE | 07/27 | L | | |
| 51. FIDELITY & TRUST FINANCIAL CORP | | None | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. EASTMAN KODAK CALLS LT OPTION EXP 1/19/08 | | None | K | T | BUY | VAR | K | | |
| 53. CONEXANT SYSTEMS INC | | None | J | T | BUY | 09/20 | J | | |
| 54. SOHU.COM INC | | None | K | T | BUY | 11/09 | K | | |
| 55. TIME WARNER INC NEW | A | Dividend | K | T | BUY | VAR | K | | |
| 56. UNOVA INC | | None | M | T | BUY | VAR | L | | |
| 57. BURPEE MATERIALS TECHNOLOGY, LLC | | None | K | U | BUY | VAR | K | | |
| 58. SPECIAL SITUATIONS LIFE SCIENCES FUND LP | | None | N | U | BUY | VAR | M | | |
| 59. PHH CORP | | None | | | SPINOFF/SALE | VAR | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Gajarsa, Arthur J | 05/01/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PHH CORP WAS A SPIN-OFF FROM CENDANT CORP.

| Name of Person Reporting | Date of Report |
|---|---|
| Gajarsa, Arthur J | 05/01/2006 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ████████████████████_____ Date___ 5-12-06 _____

NOTE: A█████████████KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544